ORIGINAL


FILED

08/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0444

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0444

FILED

AUG 3 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

DANIEL WHITBY,

Petitioner,

v.

ORDER

JASON VALDEZ, Yellowstone County
Detention Facility,

Respondent.

Daniel Whitby has filed a Petition for Writ of Habeas Corpus, indicating that his bail is excessive and that his incarceration is illegal. He includes attachments. Whitby requests his release from the Yellowstone County Detention Facility, where he is being held, and dismissal of his case.

His attachments reveal that Whitby has a pending criminal case in the Yellowstone County District Court and that he violated the court's conditions of release in March 2022. On March 4, 2022, the District Court entered a Release Order, allowing Whitby release on $5,000 bail and that he avoid any contact with the victims. The court issued a bench warrant after the court received an affidavit of violation, detailing that Whitby had entered the GPS exclusion zone and remained there. The court imposed a $15,000 bond consecutive to his earlier bail amount on March 18, 2022, and set a formal hearing for revocation of his release in May.

Whitby contends that other family members are attempting to sell his father's house and that he was planning on taking care of his father, who is not well. He further argues that his father's nursing home was part of the exclusion zone and not his father's house where he lived. He alleges false statements and reports. Whitby requests another prosecuting attorney for the State of Montana. He provides that he has been incarcerated since March 16, 2022.

Montana's statute for habeas corpus relief provides that a court may inquire into the cause of restraint or incarceration to determine its illegality. Section 46-22-101(1), MCA. The cause of his restraint is his pending criminal case in the District Court. Whitby has not demonstrated that he is illegally incarcerated. Section 46-22-101(1), MCA.

Whitby provides many details to his current situation that are not appropriate for habeas corpus relief. Whitby should discuss his concerns with his counsel as his claims are more appropriate for the District Court or to be raised on an appeal with this Court. Section 46-20-104(1), MCA.

Whitby should refrain from filing pleadings on his own behalf with this Court while he is represented by counsel. M. R. App. P. 10(1)(c). Accordingly,

IT IS ORDERED that Whitby's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Jessica T. Fehr, District Court Judge; Terry Halpin, Clerk of District Court, under Cause No. DC 22-0149; Captain Valdez, YCDF; Margaret R. Gallagher, Deputy County Attorney; Blaine Bailey McGivern, Defense Counsel; counsel of record, and Daniel Thomas Whitby.

DATED this 30 day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2